2010–0469.   State ex rel. Lamb v. Indus. Comm.
Franklin App. No. 09AP–604, 2010-Ohio-792.

# CASE ANNOUNCEMENTS
## *April 5, 2010*

[Cite as *04/05/2010 Case Announcements #2*, 2010-Ohio-1527.]

## MOTION AND PROCEDURAL RULINGS

1990–0291.   State v. Durr.
Cuyahoga App. No. 57140. This cause came on for further consideration upon the filing of appellant's motion for stay of execution scheduled for April 20, 2010.

It is ordered by the court that the motion is denied.

The late Chief Justice Thomas J. Moyer did not participate in the decision on this motion.

# CASE ANNOUNCEMENTS
## *April 6, 2010*

[Cite as *04/06/2010 Case Announcements*, 2010-Ohio-1534.]

## MOTION AND PROCEDURAL RULINGS

**In re Extension of Filing Deadline.**
In anticipation of possible limited access to the Supreme Court Clerk's Office on April 9, 2010,

It is ordered by the court, sua sponte, that documents due to be filed in the Supreme Court by the deadline of April 9, 2010, may be accepted for filing on April 12, 2010.

Pfeifer, Acting C.J.